UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| BILLY J. WHITMIRE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:24-cv-01777-SEB-MJD |
| | ) | |
| TONY SKINNER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**REPORT AND RECOMMENDATION**

By Order dated July 22, 2025, the Undersigned set a hearing in this case for August 5, 2025, to discuss Defendants' Motion for an Order Requiring Plaintiff to Update His Address with the Court and for an Extension of Certain Case Management Dates and Deadlines. [Dkt. 25.] The order setting the hearing required Plaintiff to appear in person. Plaintiff, who is proceeding *pro se* in this matter, failed to appear at the hearing. The Undersigned then issued an Order to Show Cause that ordered Plaintiff to appear, in person, on August 21, 2025, to show cause why he should not be sanctioned for his failure to comply with the order to appear at the hearing. [Dkt. 29.] The Order further provided: "**Mr. Whitmire is hereby advised that, if he again fails to appear for the show cause hearing, the Court will recommend the dismissal of this case for his repeated failure to comply with the Court's orders.**" *Id.* (emphasis in original). Plaintiff again did not appear.

In addition, the address provided by Plaintiff is the Delaware County Jail, but Plaintiff was released from the jail sometime prior to July 12, 2025. *See* [Dkt. 20, Dkt. 26, Dkt. 27, Dkt. 30, Dkt. 31.] Plaintiff has thus also failed to comply with his obligation to update his address with the court within ten days of any change. *See* Order Setting Pretrial Schedule and

Discussing Discovery in Prisoner Litigation, [Dkt. 16 at 7] (additionally noting that "[i]f Plaintiff fails to keep the Court informed of his or her current address, the action may be subject to dismissal for failure to comply with Court orders and failure to prosecute").

Given Plaintiff's failure to comply with two orders to appear, as well as his failure to notify the Court of his current address, the Undersigned believes that dismissal of this case pursuant to Federal Rule of Civil Procedure 41(b) is appropriate.  Accordingly, the Undersigned **RECOMMENDS** that this case be dismissed, with prejudice.

Any objections to the Magistrate Judge's Report and Recommendation shall be filed with the Clerk in accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), and failure to timely file objections within fourteen days after service shall constitute a waiver of subsequent review absent a showing of good cause for such failure.

SO ORDERED.

Dated:  21 AUG 2025

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

Billy J. Whitmire
Delaware County Jail
3100 S. Tillotson Avenue
Muncie, IN 47302