UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BILLY J. WHITMIRE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:24-cv-01777-SEB-MJD |
| ) | |
| TONY SKINNER, ) | |
| DAWN JOHNSON, ) | |
| ) | |
| Defendants. ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge submitted his Report and Recommendation to Dismiss Complaint with Prejudice [Dkt. 34]. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation. This case is therefore hereby dismissed with prejudice and final judgment shall be entered accordingly.

Date: 9/12/2025

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

BILLY J. WHITMIRE
Delaware County Jail
3100 S. Tillotson Avenue
Muncie, IN 47302

Rosemary L. Borek
Clark Johnson & Knight, Ltd.
rborek@cjklaw.com

Curtis Matthew Graham
Embry Merritt Womack Nance, PLLC
curt.graham@emwnlaw.com

Pamela G. Schneeman
Clark Johnson & Knight, Ltd.
pschneeman@cjklaw.com